UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| JASON K. WALZ<br>MICHELLE R. WALZ<br><br>Debtor(s) | Case No. 05-14729-PHX GBN<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1012 | 07/08/2010 | Tesoro Farms<br>PO Box 2320<br>Hollister, CA 95024 | $133.43 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $133.43 to the Clerk of the Court to be deposited in the Registry thereof.

| October 5, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |